# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YVONNE PIERBERG,**<br>Plaintiff**,**<br>vs.<br>**STANDARD INSURANCE COMPANY,**<br>Defendant**.** | CASE NO. 18-cv-03016-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER**<br>Re: Dkt. No. 14 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court is in receipt of the parties' request to continue the case management conference in this matter by almost one month. (Dkt. No. 14.) The Request is **GRANTED IN PART AND DENIED IN PART.**

The case will be at issue on or about July 19, 2018. (Dkt. No. 7.) The parties shall conduct their Rule 26 conference and shall file their joint case management conference statement by (or before) August 20, 2018 as previously scheduled. Once the Court has reviewed the statement, the Court will vacate the case management conference and determine whether an in-person conference is required. In any event, the Court will not hold such conference on August 27, 2018. The Court proceeds in this manner because this suit arises in an ERISA context which typically involves less litigation than other federal cases.

If this case will involve cross motions under Federal Rule of Civil Procedure 56, the parties are advised that the Court uses the following briefing protocol:

- Plaintiff shall file it affirmative motion for summary judgment
- Defendant shall file a joint opposition to plaintiff's motion with its cross-motion for summary judgment
- Plaintiff shall file a joint reply in support of its motion with an opposition to defendant's cross-motion

- Defendant shall then file a reply in support of its cross-motion only

Parties are further advised that the Court does not allow cases to linger. Any proposed schedule should reflect the Court's approach.

The parties are reminded to comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: July 13, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**